**FILED**
Dec 30, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC, Eastern District: 1:25-mj-00146-EPG |
| Plaintiff, | CASE NO. 2:01-CR-00721-SVW-3 |
| v. | **ORDER UNSEALING PETITION FOR VIOLATION OF TERMS OF SUPERVISED RELEASE** |
| GUADALUPE TORRES, | |
| Defendant. | |

The United States, having arrested the defendant, GUADALUPE TORRES ("Defendant"), on an arrest warrant and the need for sealing the Petition for Violation of Terms of Supervised release has ceased;

IT IS ORDERED that the PETITION FOR VIOLATION OF TERMS OF SUPERVISED RELEASE shall be unsealed as to Defendant.

Dated:   **Dec 30, 2025**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER                                     1